

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00571-CV

**IN THE INTEREST OF J.J.R.S.** and L.J.R.S., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01865
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant Mom is unable to afford payment of court costs. No costs are taxed in this appeal.

SIGNED February 12, 2020.

_____
Patricia O. Alvarez, Justice